# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GISELLE G. GONZALEZ CHACON, | No. 1:21-cv-00471-AWI-HBK |
| Plaintiff, | VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(i) |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al., | (Doc. No. 6) |
| Defendants. | |

On April 23, 2021, Plaintiff filed a Notice of Voluntary Dismissal advising the court that plaintiff was dismissing this case without prejudice pursuant to Fed. R. Civ. P. 41(a). (Doc. No. 6). Defendants have not answered nor moved for summary judgment.

Accordingly:

The Clerk of Court shall enter a dismissal of this action without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i) and terminate any pending deadlines.

IT IS SO ORDERED.

Dated: April 28, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE